# GREGORY L. SILVERMAN, ESQ., P.C.

118 Genesee St.  
Geneva, NY 14456

greg@silverman-law.com  
585.480.6686

May 19, 2023

**VIA CM/ECF ONLY**
Hon. Mark W. Pedersen
100 State Street
Rochester, NY 14614
pedersen@nywd.uscourts.gov

       **RE:**       **Jason Wemes v. The Canandaigua National Bank & Trust Company;**
                   **Case No.: 6:22-cv-06297 (DGL) (MWP)**

       **SUBJECT:**    **Consent Request for Adjournment of Discovery Deadlines**

Dear Magistrate Judge Pedersen:

    I write on behalf of Plaintiff Jason Wemes, with the consent of counsel for Defendant, to request an enlargement of time to complete discovery. The parties have propounded and responded to written discovery, and are in the process of attempting to resolve currently-informal discovery issues before certain depositions are held.

    No prior extensions of time have been previously granted. The parties seek to extend the various deadlines in the initial Scheduling Order (Dkt. No. 11) by four (4) months as follows:

| Deadlines | Initial deadlines | Proposed deadlines |
|---|---|---|
| Factual discovery | June 2, 2023 | **October 6, 2023** |
| Motions to compel discovery | July 1, 2023 | **November 3, 2023** |
| Motions to join other parties and to amend the pleadings | July 7, 2023 | **November 10, 2024** |
| Plaintiff's identification of expert witnesses and provision of reports | August 5, 2023 | **December 8, 2024** |
| Defendant's identification of expert witnesses and provision of reports | September 5, 2023 | **January 5, 2024** |
| Plaintiff's identification of rebuttal experts and provision of reports | October 5, 2023 | **February 9, 2024** |
| All discovery relating to experts, including depositions | November 7, 2023 | **March 8, 2024** |
| Dispositive motions | January 13, 2024 | **May 17, 2024** |

    Thank you for your consideration of this request.

SO ORDERED.

*/s/ Mark W. Pedersen/*

Mark W. Pedersen
U.S. Magistrate Judge
May 31, 2023, Rochester, NY

Sincerely,

*/s/ Gregory L. Silverman/*

Gregory L. Silverman