# GREGORY L. SILVERMAN, ESQ., P.C.

118 Genesee St.  greg@silverman-law.com
Geneva, NY 14456  585.480.6686

January 29, 2024

**VIA CM/ECF ONLY**
Hon. Mark W. Pedersen
100 State Street
Rochester, NY 14614
pedersen@nywd.uscourts.gov

      RE:      **Jason Wemes v. The Canandaigua National Bank & Trust Company; Case No.: 6:22-cv-06297 (DGL) (MWP)**

      SUBJECT:      **Consent Request for Adjournment of Discovery Deadlines**

Dear Magistrate Judge Pedersen:

    I write on behalf of Plaintiff Jason Wemes, with the consent of counsel for Defendant, to request an enlargement of time to complete discovery. The parties have propounded and responded to written discovery. The Court has accepted personnel files of two of Defendant's employees for *in camera* review, and will determine what documents, if any, are discoverable (Dkt. 18).

    Two prior extensions of time have been granted. The parties seek to extend the various deadlines in the Amended Scheduling Order set forth on October 5, 2023 by six (6) months as follows:

| **Deadline** | **Current date** | **Proposed date** |
| --- | --- | --- |
| Factual discovery | February 2, 2024 | **August 2, 2024** |
| Motions to compel discovery | March 1, 2024 | **September 2, 2024** |
| Motions to join other parties and to amend the pleadings | March 8, 2024 | **September 6, 2024** |
| Plaintiff's identification of expert witnesses and provision of reports | April 5, 2024 | **October 4, 2024** |
| Defendant's identification of expert witnesses and provision of reports | May 3, 2024 | **November 1, 2024** |
| Plaintiff's identification of rebuttal experts and provision of reports | June 7, 2024 | **December 6, 2024** |
| All discovery relating to experts, including depositions | July 3, 2024 | **January 3, 2025** |
| Dispositive motions | September 6, 2024 | **February 28, 2025** |

January 29, 2024
Page 2

Thank you for your consideration of this request.

Sincerely,

Gregory L. Silverman