UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JASON WEMES,

                              Plaintiff,

    v.                                                       No. 6:22-cv-06297-MAV-MWP

THE CANANDAIGUA NATIONAL BANK & TRUST COMPANY,

                              Defendant.

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| MOTION BY: | Plaintiff Jason Wemes |
| RELIEF REQUESTED: | An Order compelling Defendant to produce its most recent audited annual financial statement or tax return, reasonable expenses and attorney's fees concerning this Motion, and such other relief as may be just and proper. |
| BASIS FOR RELIEF: | Fed. R. Civ. P. 37(a) |
| SUPPORTING PAPERS: | Plaintiff's Memorandum of Law and Declaration of Gregory L. Silverman |
| DATE AND TIME: | To be determined by the Court. |
| REPLY PAPERS: | Pursuant to Local Rule 7(a)(1), Plaintiff intends to file and serve a Reply. |

Dated: November 4, 2024

                                      **GREGORY L. SILVERMAN, ESQ., PLLC**

                                      <u>s/ Gregory L. Silverman</u>
                                      118 Genesee St.
                                      Geneva, NY 14456
                                      Telephone: (585) 480-6686
                                      greg@silverman-law.com