# G. Silverman Declaration
# Exhibit 4

# ARTHUR S. HAMLIN
# AWARD FOR EXCELLENCE NOMINATION – For the year ending 12/31/2020

**PURPOSE:** Arthur S. Hamlin was an exceptional and caring man who was the President of CNC from 1948-1979. The purpose of this award is to recognize each year and exceptional employee who **consistently** demonstrates outstanding performance and lives our CNC values each and every day like Arthur S. Hamlin.

**DUE DATE FOR NOMINATIONS:** Nominations should be turned in to Michelle Pedzich at mpedzich@cnbank.com by Friday, January 15th at 5pm. Finalists will be selected in early 2021 with the grand prize winner announced at the Employee Celebration in June 2021.

**CRITERIA:** Nominees should have at least three (3) years of service with CNC (including all subsidiaries). Other criteria may include:
- Consistent superior performance
- Is a "team player" and committed to CNC
- Active in community/civic organizations/events
- Pro-active, customer focused (internal and external customers)
- Looks for efficiencies/cost containment
- Demonstrates initiative in undertaking projects or recommending improvement to procedures
- Has participated in continuing education or self improvement programs
- Exemplifies CNC's Core Values

*Please note that Senior Vice Presidents and Executive Vice Presidents are not eligible for the award.*
_____

**NOMINEE**: Jason Wemes

**DATE**: 01/12/2021

**DEPARTMENT OR BRANCH**: Facilities – Custodial Department

**HIRE DATE**: 11/03/2014

**NOMINATED BY** (*Names of nominators are kept confidential*): Brett Elliott and Barb Wagner
_____

**How has this nominee helped our organization**? *(Consider items such as helping to increase revenues, efficiencies, cost containment, quality internal or external customer service, etc.)* **Please be specific.**

Jason always has a positive attitude whenever he interacts with vendors, customers or staff (internal customers). His focus and commitment are meeting the needs of others and doing so with CNB best interest in mind. Jason is diligent in following up immediately on any issue that is brought to his attention - working with staff or vendors to find a reasonable timely solution.

Jason is very mindful of budget. He regularly works with vendors to assure that we are getting the best quality product at a reasonable price. He is a compassionate supervisor able to bring out the best in all he supervises – spending time with each to understand their needs and to share information. It is Jason's inherent nature to lend a hand, take on a challenge or "raising his hand" to volunteer. No greater example has been his "sure we can do it" response to the emergency cleaning of branches and office during COVID – always striving to maintain a safe and healthy environment for employees and customers.

**How has this nominee contributed to the community?** *(For example, what charities, community service organizations, civic organizations, volunteer activities, etc. are they involved with?)* **Please be specific.** You may need to reach out to others to answer this question and should do so before turning this nomination form in.

Along with working two jobs and being the primary caregiver for his mother, who lives with him, Jason finds to transport people to medical and therapy appointments.  He saw the relief that his mother had of knowing she was able to get to appointments when he drove her; he wanted other to feel that same feeling of being "cared for".

**How has this nominee enhanced his/her personal development?** *(For example, what types of activities do they do to learn and grow?)* **Please be specific.**

Jason is always reading prodect review and researching various solutions associated with stain removal and Janitorial trends.  He utilizes the knowledge of his vendors to further is product knowledge.   He is always on the "hunt" leadership workshops or trainings to hone his ability to effectively supervise and manage his team of custodians.  He has taken on additional department responsibilities by taking on the oversight of contracted cleaning vendors.

**How does this nominee exemplify CNC's core values?**  (Our values are honesty and integrity, responsibility, teamwork, respect, innovation, professionalism, commitment. How do they exhibit the behaviors tied to our core values? **Please provide examples.**

(See our 21 CNC Behaviors found here:  http://sp2010.corp.cnbank.com/Divisions/HR/SitePages/Home.aspx

Jason treats his team, co-workers, and vendors with the utmost respect, he always has a positive attitude and demonstrates professionalism in word and deed.  One of his employees require reminders and occasional redirection to maintain a routine of cleaning; Jason gladly takes the time to assure this person is successful as an employee.  If he says he will get a job done, you can rest assured that it will be done as promised and done well; there are no "short cuts" in his commitments.  Jason has set a preventive cleaning schedule for carpets at our various location – cleaned twice a year; he owns it and I know it will be done.  He is accountable and responsibly – this year taking on the "COVID Challenge" of making sure we have an inventory of products and staff have the knowledge for safely using the products.

**What else should we know about this nominee?** (Additional relevant information may be attached)

For additional information about the Hamlin award, including a video on Arthur S. Hamlin and a list of past winners, click here.