**J. Wemes Declaration**
# Exhibit 5



PF-000309

3:38

**KD**

Kayla >

Jul 12, 2021 at 2:23 PM

Hello, i am sorry about Facebook, I am not mad or upset with you or anything. I can explain in time but at this point I can not. All is good between us. I am sorry if I gave wrong impression. Again I am Sorry.

Okay phew! I was so worried and hope that everything is okay!! If you need anything, don't hesitate to reach out!

Thank you and please leave this text message between us at this time. Thank you for understanding. I will reach out thank you. I consider you a great friend. Thank you

Absolutely! Thinking of you!

Jul 13, 2021 at 4:50 PM

Hey how are you?

iMessage

PF-000310



3:39

KD

Kayla ›

Jul 13, 2021 at 4:50 PM

Hey how are you?

I'm doing good. How are you??

That's good. I'm ehh

😔

I know some folks don't want to talk to me which I understand and will respect that. Just want folks to know the truth before jumping to conclusions or false statements. This will be the only ex work talk going forward. But I hope that we can still be friends after my departure. If not I completely understand as well. I'm not sure what folks where told if they can talk to me or not.

I haven't been told anything so I'm so confused as to what is going on. I just hope everything is okay with you and your family.

iMessage

3:39

KD

Kayla ›

I haven't been told anything so I'm so confused as to what is going on. I just hope everything is okay with you and your family. I'm hear if you need to talk!

Jul 31, 2021 at 12:35 PM

Hey been thinking of ya, thought I would say hey. Miss ya hope things are not to fucked up. Happy Saturday

Jul 31, 2021 at 3:39 PM

Miss ya!! I'm out on a bachelorette party 💃💃 I hope everything is going well!

Oh fun has to be exciting.

Aug 2, 2021 at 8:25 PM

Odd question to ask. Has Jason approached you lately asking if you have talked to me? (With his response being I reached out to Jason w but he don't answer his phone or texts messages. )

iMessage

PF-000312

**KD**

Kayla ›

Aug 2, 2021 at 8:25 PM

Odd question to ask. Has Jason approached you lately asking if you have talked to me? (With his response being I reached out to Jason w but he don't answer his phone or texts messages. )

Hey! No one has said a word to me about you and ask if I have talked to you. It's strange, as it's been a month at this point and it hasn't even been brought up

Sad to hear that. Naomi had called me tonight and said that Jason called her in his office and asked her if I heard from me. She said no not recently why? And he said well I guess he blocked me or ignoring my calls and text. I haven't received any thing from him since June 28th

Just was off to hear that from Naomi.  Sorry to bother ya hope all is well. Miss ya

iMessage

PF-000313

3:39

KD

Kayla >

Jason called her in his office and asked her if I heard from me. She said no not recently why? And he said well I guess he blocked me or ignoring my calls and text. I haven't received any thing from him since June 28th

Just was off to hear that from Naomi.  Sorry to bother ya hope all is well. Miss ya

That's so strange. I wonder why he would be trying to get a hold of you

The thing was I have not blocked his number and I have not received a call or text from him so I'm not sure what he digging for from Naomi

That's pretty sneaky. I just find it so weird that him or Barb haven't asked me yet

Yea it's very odd

Read

iMessage

PF-000314