# J. Wemes Declaration
# Exhibit 6

**Plaintiff has filed this video exhibit conventionally**