**G. Silverman Declaration**
**Exhibit 7**

**ORIGINAL**  1

1       UNITED STATES DISTRICT COURT
2     FOR THE WESTERN DISTRICT OF NEW YORK
3     _____
4     JASON WEMES,
5               Plaintiff,
6          vs.           Civil Action No. 6:22-cv-06297
7     THE CANANDAIGUA NATIONAL BANK
8     & TRUST COMPANY,
9               Defendant.
10    _____
11
12       This is the Examination Before Trial of
13            **KRISTY MERRIMAN**
14       taken on Monday, September 30, 2024,
15       held at the Canandaigua National Bank &
16            Trust, 72 South Main Street,
17       Canandaigua, New York, commencing at
18       10:40 a.m., concluding at 10:55 a.m.,
19        taken before Tonia L. Tinker, Court
20       Reporter and Notary Public in and for
21            the State of New York.
22
23
24
25

1   **APPEARANCES:**

2

3       GREGORY L. SILVERMAN, PLLC

4       Attorneys for Plaintiff

5            118 Genesee Street

6            Geneva, New York  14456

7       BY:  GREGORY L. SILVERMAN, ESQ.

8

9       UNDERBERG & KESSLER, LLP

10      Attorneys for Defendant

11           300 Bausch & Lomb Place

12           Rochester, New York  14604

13      BY:  RYAN T. BIESENBACH, ESQ.

14

15      Also Present:

16           Jason Wemes

17           Michelle Pedzich

18

19

20

21

22

23

24

25

1    <u>**INDEX:**</u>

2

3    WITNESS                                    PAGE

4

5    Kristy Merriman

6                 Examination by Mr. Silverman        6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    **INDEX TO EXHIBITS:**

2

3    NUMBER            DESCRIPTION                    PAGE

4

5      2               Floor plan (previously

6                      marked)                          11

7      3               Subpoena                          7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**FEDERAL STIPULATIONS:**


        IT IS HEREBY STIPULATED AND AGREED by and
between the attorneys for the respective parties
hereto that this deposition may be taken by Counsel
for Plaintiff at this time;

        IT IS FURTHER STIPULATED, that all objections
except as to the form of the questions and
responsiveness of the answers be reserved until the
time of the trial;

        IT IS FURTHER STIPULATED, that pursuant to
Federal Rules of Civil Procedure 30(3)(1) the
witness requests to review the transcript and make
any corrections to same before any Notary Public;

        IT IS FURTHER STIPULATED, that if the original
deposition has not been duly signed by the witness
and returned to the attorney taking the deposition
by the time of trial or any hearing in this cause, a
certified transcript of the deposition may be used
as though it were the original;

        IT IS FURTHER STIPULATED, that the attorneys
for the parties are individually responsible for
their certified transcript charges, including any
expedite or other related production charges.

1        K R I S T Y   M E R R I M A N,
2            having been first duly sworn by a Notary
3            Public within and for the State of New York,
4            was examined and testified as follows:
5    EXAMINATION
6    BY MR. SILVERMAN:
7        Q.  Good morning, Ms. Merriman.  As I said, my
8    name is Greg Silverman.  I'm an attorney
9    representing Jason Wemes in his litigation against
10   the bank.
11            Have you ever been deposed before?
12       A.  No.
13       Q.  So this is not an adversarial kind of
14   event.  I'm just here to ask you questions about
15   what you know, what you have personal knowledge
16   about.
17       A.  Okay.
18       Q.  We have a court reporter here.  She will be
19   taking down what we say, and so I will just ask that
20   you let me finish my question and I will let you
21   finish your answer without interruption so she can
22   make a clean transcript.
23       A.  Okay.
24       Q.  The testimony you provide here today is the
25   same you might provide in the court.  You are under

1    oath.  And I will ask you to listen carefully to my

2    question and then provide an accurate, truthful,

3    thorough response.

4         A.  Okay.

5         Q.  If you don't understand anything I say,

6    please let me know.  I will do my best to repeat or

7    rephrase.  And if you need a break at any time, let

8    me know.

9         A.  Okay.

10        Q.  If you would like to change your answer or

11   add to your answer at any time today, do so.

12             And is there any reason you're aware of

13   that you can't provide accurate and truthful

14   testimony today?

15        A.  Not that I'm aware of.

16        Q.  Wonderful.  I will put a document in front

17   of you marked as Exhibit 3.  Have you seen this

18   document before?

19                  (Exhibit Number 3 was marked for

20                   identification.)

21        A.  I have, yes.

22   BY MR. SILVERMAN:

23        Q.  Okay.  This was the subpoena you were

24   provided?

25        A.  Yes.

1    Q.   The reason you are here today?

2    A.   Yes.

3    Q.   Are you represented by counsel today?

4    A.   No.

5    Q.   Before this deposition, did you speak with

6    anyone about the testimony you will provide today?

7    A.   No.

8    Q.   Did you speak with Ms. Pedzich or

9    Mr. Biesenbach?

10    A.   Yes.

11    Q.   What did you speak about with them?

12    A.   Basically, just asking if I -- stating

13    that, you know, I was probably going to be deposed

14    and just kind of updating me on why.

15    Q.   I understand.  Did you talk about what you

16    might talk about here today?

17    A.   No.

18    Q.   Are you -- do you have any concerns about

19    the risk of retaliation based on your testimony

20    today?

21    A.   No.

22    Q.   Besides Ms. Pedzich and Mr. Biesenbach,

23    have you talked about the testimony you will provide

24    today with anyone else?

25    A.   No.

1      Q.  Before today and to prepare for today's

2  deposition, did you review any documents?

3      A.  I did not, just this.  I mean, this is the

4  only thing I have received.

5      Q.  And that's Exhibit 3, the subpoena?

6      A.  Yes.

7      Q.  Ms. Merriman, can you tell me when you

8  started working with the bank?

9      A.  November of 2016.

10     Q.  And what was your position?

11     A.  When I started at the bank, I was a float

12  SFR.

13     Q.  And what's a float SFR?

14     A.  It's just a banker, so just, you know,

15  assisting customers with products and services.

16     Q.  What does SFR stand for?

17     A.  Financial service representative.

18     Q.  And what is your current title today?

19     A.  I'm a branch manager.

20     Q.  In 2001, what was your title with the bank?

21     A.  I was not here in 2001.

22     Q.  Sorry.  Good answer.  You're listening

23  carefully.

24         What was your title in 2021?

25     A.  I was the assistant branch manager.

1          Q.   And what were your duties as the assistant
2     branch manager in 2021?
3          A.   So my duties were to, obviously, assist
4     customers with products and services as well as
5     assist with leading a team at the main office.
6          Q.   And in 2021, who was your supervisor?
7          A.   Deborah Rought.
8          Q.   When you were working at the bank, did you
9     interact with Jason Wemes much?
10         A.   I did.  I mean, yeah.
11         Q.   What were your -- strike that.
12              Why did you interact with Mr. Wemes?
13         A.   He was also an employee at the main office,
14    so we would see each other periodically from time to
15    time.  I think I might have actually helped him a
16    couple of times personally as well with just
17    different products and services.
18         Q.   When you say personally with different
19    products and services, what do you mean?
20         A.   He came to me for assistance with his
21    either accounts or looking for something.  So I
22    assisted him like I would anyone else that would
23    come and ask for assistance and guidance.
24         Q.   Okay.  I want to rewind to June 29, 2021.
25    There was law enforcement present at the bank that

1    day.  Do you recall that?

2         A.  Yes.

3         Q.  Did you interact with law enforcement that

4    day?

5         A.  I did.

6         Q.  And how did you first interact with them?

7         A.  So an undercover person came in and said

8    who they were, and they had actually showed me a

9    photo on a phone asking me if I saw this person walk

10   through.

11        Q.  Okay.  I'm going to show you what's been

12   marked as Exhibit 2.  I will represent these are

13   floor plans of the bank that I was provided.

14            Can you tell me, there are a couple of

15   pages in Exhibit 2, but can you tell me where you

16   were when you first interacted with law enforcement?

17            (Interruption.)

18   BY MR. SILVERMAN:

19        Q.  Just to go back, you're looking at a

20   document that's been marked as Exhibit 2 and I asked

21   you to point out where you were when you first

22   interacted with law enforcement on June 29, 2021.

23        A.  So if I'm looking at this, I think it's

24   over by 144 and 142.  I think that's the main office

25   area.  If that's the case, I would have been sitting

1    in 142, I believe.

2           Q.   Okay.

3           A.   I'm thinking that that's the main office

4    right there.

5           Q.   So when you interacted with law

6    enforcement, you were at your desk at 142?

7           A.   I was at my desk, yeah.

8           Q.   Got it.  Do you recall how many people --

9    strike that.

10              Was it one person who said they were

11   undercover law enforcement?  Was it multiple?

12          A.   I recall that it was just one individual.

13          Q.   Do you recall what that individual looked

14   like?

15          A.   No.

16          Q.   So I think you testified that individual

17   introduced themselves as undercover law enforcement,

18   correct?

19          A.   Correct.

20          Q.   They showed you a badge; is that what you

21   said?

22          A.   Correct.

23          Q.   And they showed you a picture?

24          A.   Correct.

25          Q.   Okay.  What did that picture look like?

1        A.   I don't recall.  I don't recall the person

2    in the picture.

3        Q.   Okay.  When law enforcement showed you that

4    picture, what did they say?

5        A.   They, basically, said that we are looking

6    for an individual that might have walked through

7    here, and they showed me the picture and asked if I

8    had seen that person.

9        Q.   And what did you say?

10       A.   I said no.

11       Q.   Do you have any recollection whatsoever of

12   what that person in the picture that you were shown

13   looks like?

14       A.   No.

15       Q.   Did that person in the picture look like

16   Jason Wemes?

17       A.   No.

18       Q.   After you told law enforcement that you had

19   not seen the person in the picture, what happened?

20       A.   I called our security just to let them know

21   that there was a person that came in and of the

22   situation.

23       Q.   Okay.  You called security and who did you

24   talk to?

25       A.   I believe it was -- it's been a while, but

1    I believe it was Jason Ingalls.

2          Q.  And what did he say?

3          A.  He just said, "Thank you for letting me

4    know."

5          Q.  Okay.  When you called security, where was

6    the law enforcement person who showed you the

7    picture?

8          A.  I do not know.

9          Q.  So they had left your office?

10         A.  Yes.

11         Q.  Understood.  You called Mr. Ingalls, he

12   said, "Thanks for letting me know," correct?

13         A.  Uh-huh.

14         Q.  What else did you talk with Mr. Ingalls

15   about on that phone conversation?

16         A.  I don't recall having any other

17   conversation with him.  I was just letting him know

18   of the situation that had happened.

19         Q.  Understood.  After you called security, did

20   you have any other conversations with anyone about

21   law enforcement's presence at the bank that day or

22   why they were there?

23         A.  I don't recall.  I think I recall letting

24   my supervisor know of the situation.

25         Q.  And who was that?

1      A.   Deborah Rought.

2      Q.   Thank you.

3      A.   But that's all I recall.

4      Q.   How did you communicate with Ms. Rought?

5      A.   I walked into her office.

6      Q.   And do you recall what that conversation

7   consisted of?

8      A.   I just recall just letting her know of the

9   situation of the person coming in, what had

10   happened.  I also let her know that I reached out to

11   security to let them know also.

12      Q.   What did Ms. Rought say?

13      A.   "Thank you."  I mean, there was really

14   nothing else she needed to say, just as long as I

15   was doing my job of letting the appropriate people

16   know who was in the office.

17      Q.   I understand.  Did you see, from your

18   vantage point from your office which we looked at on

19   Exhibit 2, did you ever see law enforcement again in

20   the building?

21      A.   I do not recall seeing anybody else.

22      Q.   After -- so you went and told Ms. Rought.

23   After that, did you ever speak with anyone again

24   about law enforcement's presence at the bank that

25   day, whether it was Mr. Ingalls, Deb Rought, or

1      anyone?

2          A.  No.

3          Q.  I want to go back to the picture that law

4      enforcement showed you.  You testified that you

5      don't recall what that individual looks like,

6      correct?

7          A.  Correct.

8          Q.  Do you recall -- if you don't recall what

9      that individual looked like, do you recall the scope

10     of the picture?  Was this a full-body shot?  Was it

11     just the head?  Head and shoulders?

12         A.  I don't recall.

13         Q.  Were you ever aware that Jason Wemes was

14     suspended shortly after law enforcement's presence

15     that day?

16         A.  No.

17         Q.  Did you ever become aware that Jason Wemes

18     was terminated a couple weeks after law enforcement

19     was present that day?

20         A.  No.

21         Q.  Did you ever text or email with anyone

22     about law enforcement coming in and showing you that

23     picture?

24         A.  I do not recall.

25         Q.  Do you think you could have?

1        A.   I don't think so.

2        Q.   Is there anything else relevant to law

3    enforcement's presence that day or Jason Wemes that

4    you think I should know?

5        A.   No.

6                MR. SILVERMAN:   Off the record.

7                (Brief recess.)

8                MR. SILVERMAN:   I have no further

9            questions.   Thank you.

10               (The deposition of Kristy Merriman

11           was concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    **AFFIDAVIT:**

2

3    STATE OF NEW YORK

4    COUNTY OF _____

5

6

7           I have read my deposition, and the

8        same is true and accurate, save and except

9        for changes and/or corrections, if any,

10       as indicated by me on the correction sheet

11       attached hereto.

12

13                    _____

14                         KRISTY MERRIMAN

15

16

17           SUBSCRIBED AND SWORN TO before me this

18       _____ day of _____, 20_____.

19

20

21                    _____

22                         NOTARY PUBLIC

23

24    My commission expires on _____.

25

**ERRATA SHEET:**

Case:  Jason Wemes v. Canandaigua National Bank

Witness:  Kristy Merriman


Page  Line  Correction and Reason

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

\_\_\_\_  \_\_\_\_  _____

1    **<u>ERRATA SHEET (continued)</u>:**

2

3    Page    Line        Correction and reason

4    _____    _____    _____

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23    _____    _____    _____

24    _____    _____    _____

25

1    **CERTIFICATION:**

2    STATE OF NEW YORK

3    COUNTY OF STEUBEN

4         I, TONIA L. TINKER, the officer before whom the

5    foregoing deposition was taken, do hereby certify

6    that the witness whose testimony appears in the

7    foregoing deposition was duly sworn by me.

8         I further certify that the testimony of said

9    witness was taken by me in Stenotype and thereafter

10   reduced to typewriting under my supervision.

11        I further certify that the said deposition

12   constitutes a true record of the testimony given by

13   said witness to the best of my ability.

14        I further certify that the said deposition was

15   taken before me at the time and place specified in

16   the notice.

17        I further certify that I am neither counsel

18   for, related to, nor employed by any of the parties

19   to the action in which this deposition was taken,

20   nor financially or otherwise interested in the

21   outcome of the action.

22        _____

23

24        TONIA L. TINKER, Notary Public

25

**1**

**142** [3] - 11:24, 12:1, 12:6
**144** [1] - 11:24

**2**

**2** [4] - 11:12, 11:15, 11:20, 15:19
**2001** [2] - 9:20, 9:21
**2016** [1] - 9:9
**2021** [5] - 9:24, 10:2, 10:6, 10:24, 11:22
**29** [2] - 10:24, 11:22

**3**

**3** [3] - 7:17, 7:19, 9:5

**A**

**accounts** [1] - 10:21
**accurate** [2] - 7:2, 7:13
**add** [1] - 7:11
**adversarial** [1] - 6:13
**answer** [4] - 6:21, 7:10, 7:11, 9:22
**appropriate** [1] - 15:15
**area** [1] - 11:25
**assist** [2] - 10:3, 10:5
**assistance** [2] - 10:20, 10:23
**assistant** [2] - 9:25, 10:1
**assisted** [1] - 10:22
**assisting** [1] - 9:15
**attorney** [1] - 6:8
**aware** [4] - 7:12, 7:15, 16:13, 16:17

**B**

**badge** [1] - 12:20
**bank** [9] - 6:10, 9:8, 9:11, 9:20, 10:8, 10:25,

**11:13, 14:21, 15:24**
**banker** [1] - 9:14
**based** [1] - 8:19
**become** [1] - 16:17
**best** [1] - 7:6
**Biesenbach** [2] - 8:9, 8:22
**body** [1] - 16:10
**branch** [3] - 9:19, 9:25, 10:2
**break** [1] - 7:7
**Brief** [1] - 17:7
**building** [1] - 15:20
**BY** [3] - 6:6, 7:22, 11:18

**C**

**carefully** [2] - 7:1, 9:23
**case** [1] - 11:25
**change** [1] - 7:10
**clean** [1] - 6:22
**coming** [2] - 15:9, 16:22
**communicate** [1] - 15:4
**concerns** [1] - 8:18
**concluded** [1] - 17:11
**consisted** [1] - 15:7
**conversation** [3] - 14:15, 14:17, 15:6
**conversations** [1] - 14:20
**correct** [7] - 12:18, 12:19, 12:22, 12:24, 14:12, 16:6, 16:7
**counsel** [1] - 8:3
**couple** [3] - 10:16, 11:14, 16:18
**court** [2] - 6:18, 6:25
**current** [1] - 9:18
**customers** [2] - 9:15, 10:4

**D**

**Deb** [1] - 15:25
**Deborah** [2] -

**10:7, 15:1**
**deposed** [2] - 6:11, 8:13
**deposition** [3] - 8:5, 9:2, 17:10
**desk** [2] - 12:6, 12:7
**different** [2] - 10:17, 10:18
**document** [3] - 7:16, 7:18, 11:20
**documents** [1] - 9:2
**down** [1] - 6:19
**duly** [1] - 6:2
**duties** [2] - 10:1, 10:3

**E**

**either** [1] - 10:21
**email** [1] - 16:21
**employee** [1] - 10:13
**enforcement** [14] - 10:25, 11:3, 11:16, 11:22, 12:6, 12:11, 12:17, 13:3, 13:18, 14:6, 15:19, 16:4, 16:18, 16:22
**enforcement's** [4] - 14:21, 15:24, 16:14, 17:3
**event** [1] - 6:14
**EXAMINATION** [1] - 6:5
**examined** [1] - 6:4
**Exhibit** [7] - 7:17, 7:19, 9:5, 11:12, 11:15, 11:20, 15:19

**F**

**financial** [1] - 9:17
**finish** [2] - 6:20, 6:21
**first** [4] - 6:2, 11:6, 11:16, 11:21
**float** [2] - 9:11, 9:13
**floor** [1] - 11:13
**follows** [1] - 6:4
**front** [1] - 7:16

**full** [1] - 16:10
**full-body** [1] - 16:10

**G**

**Greg** [1] - 6:8
**guidance** [1] - 10:23

**H**

**head** [2] - 16:11
**helped** [1] - 10:15

**I**

**identification** [1] - 7:20
**individual** [6] - 12:12, 12:13, 12:16, 13:6, 16:5, 16:9
**Ingalls** [4] - 14:1, 14:11, 14:14, 15:25
**interact** [4] - 10:9, 10:12, 11:3, 11:6
**interacted** [3] - 11:16, 11:22, 12:5
**interruption** [2] - 6:21, 11:17
**introduced** [1] - 12:17

**J**

**Jason** [7] - 6:9, 10:9, 13:16, 14:1, 16:13, 16:17, 17:3
**job** [1] - 15:15
**June** [2] - 10:24, 11:22

**K**

**kind** [2] - 6:13, 8:14
**knowledge** [1] - 6:15
**Kristy** [1] - 17:10

**L**

**law** [18] - 10:25, 11:3, 11:16, 11:22, 12:5, 12:11, 12:17,

**13:3, 13:18, 14:6, 14:21, 15:19, 15:24, 16:3, 16:14, 16:18, 16:22, 17:2**
**leading** [1] - 10:5
**left** [1] - 14:9
**letting** [6] - 14:3, 14:12, 14:17, 14:23, 15:8, 15:15
**listen** [1] - 7:1
**listening** [1] - 9:22
**litigation** [1] - 6:9
**look** [2] - 12:25, 13:15
**looked** [3] - 12:13, 15:18, 16:9
**looking** [4] - 10:21, 11:19, 11:23, 13:5
**looks** [1] - 13:13, 16:5

**M**

**main** [4] - 10:5, 10:13, 11:24, 12:3
**manager** [3] - 9:19, 9:25, 10:2
**marked** [4] - 7:17, 7:19, 11:12, 11:20
**mean** [4] - 9:3, 10:10, 10:19, 15:13
**Merriman** [3] - 6:7, 9:7, 17:10
**might** [4] - 6:25, 8:16, 10:15, 13:6
**morning** [1] - 6:7
**MR** [5] - 6:6, 7:22, 11:18, 17:6, 17:8
**multiple** [1] - 12:11

**N**

**name** [1] - 6:8
**need** [1] - 7:7
**needed** [1] - 15:14
**New** [1] - 6:3
**Notary** [1] - 6:2

**nothing** [1] - 15:14
**November** [1] - 9:9
**Number** [1] - 7:19

**O**

**oath** [1] - 7:1
**obviously** [1] - 10:3
**office** [8] - 10:5, 10:13, 11:24, 12:3, 14:9, 15:5, 15:16, 15:18
**one** [2] - 12:10, 12:12

**P**

**pages** [1] - 11:15
**Pedzich** [2] - 8:8, 8:22
**people** [2] - 12:8, 15:15
**periodically** [1] - 10:14
**person** [11] - 11:7, 11:9, 12:10, 13:1, 13:8, 13:12, 13:15, 13:19, 13:21, 14:6, 15:9
**personal** [1] - 6:15
**personally** [2] - 10:16, 10:18
**phone** [2] - 11:9, 14:15
**photo** [1] - 11:9
**picture** [12] - 12:23, 12:25, 13:2, 13:4, 13:7, 13:12, 13:15, 13:19, 14:7, 16:3, 16:10, 16:23
**plans** [1] - 11:13
**point** [2] - 11:21, 15:18
**position** [1] - 9:10
**prepare** [1] - 9:1
**presence** [4] - 14:21, 15:24, 16:14, 17:3
**present** [2] - 10:25, 16:19
**products** [4] - 9:15, 10:4, 10:17, 10:19

**provide** [6] - 6:24, 6:25, 7:2, 7:13, 8:6, 8:23
**provided** [2] - 7:24, 11:13
**Public** [1] - 6:3
**put** [1] - 7:16

## Q

**questions** [2] - 6:14, 17:9

## R

**reached** [1] - 15:10
**really** [1] - 15:13
**reason** [2] - 7:12, 8:1
**received** [1] - 9:4
**recess** [1] - 17:7
**recollection** [1] - 13:11
**record** [1] - 17:6
**relevant** [1] - 17:2
**repeat** [1] - 7:6
**rephrase** [1] - 7:7
**reporter** [1] - 6:18
**represent** [1] - 11:12
**representative** [1] - 9:17
**represented** [1] - 8:3
**representing** [1] - 6:9
**response** [1] - 7:3
**retaliation** [1] - 8:19
**review** [1] - 9:2
**rewind** [1] - 10:24
**risk** [1] - 8:19
**Rought** [6] - 10:7, 15:1, 15:4, 15:12, 15:22, 15:25

## S

**saw** [1] - 11:9
**scope** [1] - 16:9
**security** [5] - 13:20, 13:23, 14:5, 14:19, 15:11
**see** [3] - 10:14, 15:17, 15:19
**seeing** [1] - 15:21
**service** [1] - 9:17

**services** [4] - 9:15, 10:4, 10:17, 10:19
**SFR** [3] - 9:12, 9:13, 9:16
**shortly** [1] - 16:14
**shot** [1] - 16:10
**shoulders** [1] - 16:11
**show** [1] - 11:11
**showed** [7] - 11:8, 12:20, 12:23, 13:3, 13:7, 14:6, 16:4
**showing** [1] - 16:22
**shown** [1] - 13:12
**SILVERMAN** [5] - 6:6, 7:22, 11:18, 17:6, 17:8
**Silverman** [1] - 6:8
**sitting** [1] - 11:25
**situation** [4] - 13:22, 14:18, 14:24, 15:9
**sorry** [1] - 9:22
**stand** [1] - 9:16
**started** [2] - 9:8, 9:11
**State** [1] - 6:3
**stating** [1] - 8:12
**strike** [2] - 10:11, 12:9
**subpoena** [2] - 7:23, 9:5
**supervisor** [2] - 10:6, 14:24
**suspended** [1] - 16:14
**sworn** [1] - 6:2

## T

**team** [1] - 10:5
**terminated** [1] - 16:18
**testified** [3] - 6:4, 12:16, 16:4
**testimony** [5] - 6:24, 7:14, 8:6, 8:19, 8:23
**text** [1] - 16:21
**themselves** [1] - 12:17
**thinking** [1] - 12:3
**thorough** [1] - 7:3
**title** [3] - 9:18, 9:20, 9:24
**today** [11] - 6:24,

7:11, 7:14, 8:1, 8:3, 8:6, 8:16, 8:20, 8:24, 9:1, 9:18
**today's** [1] - 9:1
**transcript** [1] - 6:22
**truthful** [2] - 7:2, 7:13

## U

**under** [1] - 6:25
**undercover** [3] - 11:7, 12:11, 12:17
**understood** [2] - 14:11, 14:19
**updating** [1] - 8:14

## V

**vantage** [1] - 15:18

## W

**walk** [1] - 11:9
**walked** [2] - 13:6, 15:5
**weeks** [1] - 16:18
**Wemes** [7] - 6:9, 10:9, 10:12, 13:16, 16:13, 16:17, 17:3
**whatsoever** [1] - 13:11
**wonderful** [1] - 7:16

## Y

**York** [1] - 6:3