# G. Silverman Declaration
# Exhibit 9



Exhibit 3
4/15/24   CSR

PF-000189