# J. Wemes Declaration
# Exhibit 10

**From:** Jason Wemes <pookiejay06@yahoo.com>
**To:** Elaine Fox <efox@cnbank.com>
**Sent:** Tuesday, July 13, 2021, 05:45:32 PM EDT
**Subject:** Letter

Good evening Elaine,

I am reaching out because I would like to get a letter of reasoning of my termination. The letter just explains that I was terminated. I would like to know what the reason is.

Thank you for your time.

Jason Wemes

1

PF-000144