G. Silverman Declaration
# Exhibit 23

Pay Summary: **2021 - 26 - 1**   DEF00336

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 6/14/2021 | **Pay Date** 7/2/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 6/27/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00260528 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 2,260.48 |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 80.00 | $ 1,920.00 |
| Overtime | Rate: 36.0000 | Hours: 5.53 | $ 199.08 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |
| Holiday (field 3) | Rate: 24.0000 | Hours: 3.60 | $ 86.40 |

Total Hours Worked: 85.53

Basis of Pay: HOURLY

| Taxes | | $ 522.98 |
|---|---|---|
| Federal Income Tax | | $ 247.32 |
| Social Security | | $ 129.57 |
| Medicare | | $ 30.31 |
| State Worked In: New York | Code: NY | $ 104.51 |
| Family Leave Insurance | | $ 11.27 |

| Deductions | $ 190.56 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 66.16 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,546.94 |
|---|---|
| Checking1 | $ 1,446.94 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Group Term Life | 4.14 |
|---|---|
| Max Elig/comp | 2,205.48 |

Pay Summary: **2021 - 28 - 1**   **DEF00337**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Canandaigua Nat'l Ba | **Period Beginning Date** 6/28/2021 | **Pay Date** 7/16/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
|---|---|---|---|---|---|
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 7/11/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00280532 | |

| Gross Pay | | | | $ 3,834.48 |
|---|---|---|---|---|
| Regular | Rate: 24.0000 | | Hours: 28.77 | $ 690.48 |
| Holiday (field 3) | Rate: 24.0000 | | Hours: 8.00 | $ 192.00 |
| PERSONAL (field 3) | Rate: 24.0000 | | Hours: 72.00 | $ 1,728.00 |
| VACATION (field 3) | Rate: 24.0000 | | Hours: 51.00 | $ 1,224.00 |

Total Hours Worked: 28.77

Basis of Pay: HOURLY

| Taxes | | $ 820.38 |
|---|---|---|
| Federal Income Tax | | $ 368.56 |
| Social Security | | $ 231.07 |
| Medicare | | $ 54.04 |
| State Worked In: New York | Code: NY | $ 147.11 |
| Family Leave Insurance | | $ 19.60 |

| Deductions | $ 239.43 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 115.03 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 2,774.67 |
|---|---|
| Checking1 | $ 2,674.67 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Group Term Life | 12.42 |
|---|---|
| Max Elig/comp | 3,834.48 |

| | |
|---|---|
| **From:** | Darlene Rogers |
| **Sent:** | Tuesday, October 18, 2022 9:21 AM |
| **To:** | Michelle Pedzich; Jacqueline Canham |
| **Subject:** | RE: Jason Wemes: Vacation/Sick/Personal TIme summary for 2021 |

He had 116 vacation hours to use. He used 67 and we paid the rest out in his last paycheck.
He used 72 hours personal and 18 hours sick time.

**From:** Michelle Pedzich <mpedzich@cnbank.com>
**Sent:** Tuesday, October 18, 2022 9:12 AM
**To:** Darlene Rogers <DRogers@cnbank.com>; Jacqueline Canham <jcanham@cnbank.com>
**Subject:** Jason Wemes: Vacation/Sick/Personal TIme summary for 2021-HELP
**Importance:** High

Darlene and Jacquie,
I need, as soon as possible, a list for Jason Wemes of his time off for 2021. I usually can see this in the time and attendance annual summary. I can't for some reason because he had been archived. I basically need a listing of what vacation time he was give and used, and what personal and sick time he used for 2021. I know you are busy doing others things, but I need this by end of the day, if possible

Thank you!!

**Michelle L. Pedzich, SPHR, SHRM-SCP**
Senior Vice President
Chief Human Resources Officer (Pronouns: She, Her, Hers)
Canandaigua National Bank & Trust
1150 Pittsford-Victor Road,
Pittsford, NY 14534
Direct Line: 585-393-6161
Cell Phone: 585-750-6640
e:mail: mpedzich@cnbank.com

 

Pay Summary: **2021 - 2 - 1**    **DEF00339**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 12/28/2020 | **Pay Date** 1/15/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 1/10/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00020451 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 2,279.90 |
|---|---|---|---:|
| Regular | Rate: 22.8500 | Hours: 72.62 | $ 1,659.37 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |
| Holiday (field 3) | Rate: 22.8500 | Hours: 6.00 | $ 137.10 |
| RETROACTIVE (field 3) | | | $ 428.43 |

Basis of Pay: HOURLY

| Taxes | | $ 538.42 |
|---|---|---:|
| Federal Income Tax | | $ 256.97 |
| Social Security | | $ 132.06 |
| Medicare | | $ 30.89 |
| State Worked In: New York | Code: NY | $ 107.13 |
| Family Leave Insurance | | $ 11.37 |

| Deductions | $ 161.65 |
|---|---:|
| DEN - DENTAL | $ 15.07 |
| KTR - Trad 401k | $ 66.75 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,579.83 |
|---|---:|
| Checking1 | $ 1,479.83 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Max Elig/comp | 2,224.90 |
|---|---:|

Pay Summary: **2021 - 4 - 1**  **DEF00340**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 1/11/2021 | **Pay Date** 1/29/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 1/24/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00040667 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 1,429.95 |
|---|---|---|---:|
| Regular | Rate: 22.8500 | Hours: 56.58 | $ 1,292.85 |
| Holiday (field 3) | Rate: 22.8500 | Hours: 6.00 | $ 137.10 |

Basis of Pay: HOURLY

| Taxes | |
|---|---:|
| | $ 299.68 |
| Federal Income Tax | $ 129.16 |
| Social Security | $ 82.77 |
| Medicare | $ 19.35 |
| State Worked In: New York   Code: NY | $ 61.09 |
| Family Leave Insurance | $ 7.31 |

| Deductions | |
|---|---:|
| | $ 137.80 |
| DEN - DENTAL | $ 15.07 |
| KTR - Trad 401k | $ 42.90 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | |
|---|---:|
| | $ 992.47 |
| Checking1 | $ 892.47 |
| Savings1 | $ 100.00 |

Other Details

| Memos | |
|---|---:|
| Max Elig/comp | 1,429.95 |

Pay Summary: **2021 - 6 - 1**  **DEF00341**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 1/25/2021 | **Pay Date** 2/12/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 2/7/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00060465 | **Worked In Dept** 500901 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,635.08** |
| Regular | Rate: 22.8500 | Hours: 69.15 | $ 1,580.08 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |
| Basis of Pay: HOURLY | | | |
| **Taxes** | | | **$ 338.12** |
| Federal Income Tax | | | $ 146.64 |
| Social Security | | | $ 92.08 |
| Medicare | | | $ 21.54 |
| State Worked In: New York | Code: NY | | $ 69.79 |
| Family Leave Insurance | | | $ 8.07 |
| **Deductions** | | | **$ 142.30** |
| DEN - DENTAL | | | $ 15.07 |
| KTR - Trad 401k | | | $ 47.40 |
| MED - HEALTH INS | | | $ 76.03 |
| VIS - VISON PLAN | | | $ 3.80 |
| **Take Home** | | | **$ 1,154.66** |
| Checking1 | | | $ 1,054.66 |
| Savings1 | | | $ 100.00 |

Other Details

Memos

| | |
|---|---|
| Max Elig/comp | 1,580.08 |

## Pay Summary: **2021 - 8 - 1**

**DEF00342**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date**<br>2/8/2021 | **Pay Date**<br>2/26/2021 | **Co.**<br>1X6 | **Clock** | **Home Dept**<br>500901 |
| Jason A Wemes<br>100 State Rt 96<br>Geneva, NY 14456 | **Period Ending Date**<br>2/21/2021 | **WGPS Advance Pay Date** | **File #**<br>002464 | **Number**<br>00080517 | **Worked In Dept**<br>500901 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,584.65** |
| Regular | Rate: 22.8500 | Hours: 63.35 | $ 1,447.55 |
| Holiday (field 3) | Rate: 22.8500 | Hours: 6.00 | $ 137.10 |

Basis of Pay: HOURLY

| | |
|---|---|
| **Taxes** | **$ 339.29** |
| Federal Income Tax | $ 147.17 |
| Social Security | $ 92.37 |
| Medicare | $ 21.60 |
| State Worked In: New York    Code: NY | $ 70.05 |
| Family Leave Insurance | $ 8.10 |

| | |
|---|---|
| **Deductions** | **$ 142.44** |
| DEN - DENTAL | $ 15.07 |
| KTR - Trad 401k | $ 47.54 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| | |
|---|---|
| **Take Home** | **$ 1,102.92** |
| Checking1 | $ 1,002.92 |
| Savings1 | $ 100.00 |

## Other Details

### Memos

| | |
|---|---|
| Max Elig/comp | 1,584.65 |

Pay Summary: **2021 - 10 - 1**　　**DEF00343**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 2/22/2021 | **Pay Date** 3/12/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 3/7/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00100529 | **Worked In Dept** 500901 |

### Gross Pay — $ 1,473.30
| | | | |
|---|---|---|---|
| Regular | Rate: 22.8500 | Hours: 62.07 | $ 1,418.30 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |

Basis of Pay: HOURLY

### Taxes — $ 296.72
| | |
|---|---|
| Federal Income Tax | $ 127.81 |
| Social Security | $ 82.05 |
| Medicare | $ 19.19 |
| State Worked In: New York　　Code: NY | $ 60.42 |
| Family Leave Insurance | $ 7.25 |

### Deductions — $ 137.45
| | |
|---|---|
| DEN - DENTAL | $ 15.07 |
| KTR - Trad 401k | $ 42.55 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

### Take Home — $ 1,039.13
| | |
|---|---|
| Checking1 | $ 939.13 |
| Savings1 | $ 100.00 |

## Other Details

### Memos
| | |
|---|---|
| Max Elig/comp | 1,418.30 |

Pay Summary: **2021 - 12 - 1**  **DEF00344**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 3/8/2021 | **Pay Date** 3/26/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 3/21/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00120461 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 1,551.68 |
|---|---|---|---|
| Regular | Rate: 22.8500 | Hours: 37.50 | $ 856.88 |
| Regular | Rate: 24.0000 | Hours: 28.95 | $ 694.80 |

Basis of Pay: HOURLY

| Taxes | |
|---|---|
| | $ 330.84 |
| Federal Income Tax | $ 143.33 |
| Social Security | $ 90.32 |
| Medicare | $ 21.12 |
| State Worked In: New York    Code: NY | $ 68.14 |
| Family Leave Insurance | $ 7.93 |

| Deductions | $ 141.45 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| KTR - Trad 401k | $ 46.55 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,079.39 |
|---|---|
| Checking1 | $ 979.39 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Max Elig/comp | 1,551.68 |
|---|---|

Pay Summary: **2021 - 14 - 1**  **DEF00345**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 3/22/2021 | **Pay Date** 4/9/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 4/4/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00140522 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 2,258.32 |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 80.00 | $ 1,920.00 |
| Overtime | Rate: 36.0000 | Hours: 7.87 | $ 283.32 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |

Basis of Pay: HOURLY

| Taxes | | $ 531.11 |
|---|---|---|
| Federal Income Tax | | $ 252.36 |
| Social Security | | $ 130.98 |
| Medicare | | $ 30.63 |
| State Worked In: New York | Code: NY | $ 105.88 |
| Family Leave Insurance | | $ 11.26 |

| Deductions | $ 161.00 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| KTR - Trad 401k | $ 66.10 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,566.21 |
|---|---|
| Checking1 | $ 1,466.21 |
| Savings1 | $ 100.00 |

Other Details

| Memos | |
|---|---|
| Group Term Life | 4.14 |
| Max Elig/comp | 2,203.32 |

Pay Summary: **2021 - 16 - 1**                                                                                                              **DEF00346**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 4/5/2021 | **Pay Date** 4/23/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 4/18/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00160717 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 1,896.48 |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 62.90 | $ 1,509.60 |
| Overtime | Rate: 36.0000 | Hours: 0.08 | $ 2.88 |
| VACATION (field 3) | Rate: 24.0000 | Hours: 16.00 | $ 384.00 |

Basis of Pay: HOURLY

| Taxes | | $ 413.91 |
|---|---|---|
| Federal Income Tax | | $ 181.38 |
| Social Security | | $ 110.40 |
| Medicare | | $ 25.82 |
| State Worked In: New York | Code: NY | $ 86.62 |
| Family Leave Insurance | | $ 9.69 |

| Deductions | $ 185.79 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 9.00 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 56.89 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,296.78 |
|---|---|
| Checking1 | $ 1,196.78 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Group Term Life | 4.14 |
|---|---|
| Max Elig/comp | 1,896.48 |

Pay Summary: **2021 - 18 - 1**  **DEF00347**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 4/19/2021 | **Pay Date** 5/7/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 5/2/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00180521 | **Worked In Dept** 500901 |

### Gross Pay — $ 1,986.88

| | | | |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 72.42 | $ 1,738.08 |
| Overtime | Rate: 36.0000 | Hours: 0.05 | $ 1.80 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |
| SICK (field 3) | Rate: 24.0000 | Hours: 8.00 | $ 192.00 |

Total Hours Worked: 72.47

Basis of Pay: HOURLY

### Taxes — $ 426.42

| | | |
|---|---|---|
| Federal Income Tax | | $ 188.94 |
| Social Security | | $ 112.60 |
| Medicare | | $ 26.34 |
| State Worked In: New York | Code: NY | $ 88.67 |
| Family Leave Insurance | | $ 9.87 |

### Deductions — $ 182.36

| | |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 57.96 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

### Take Home — $ 1,378.10

| | |
|---|---|
| Checking1 | $ 1,278.10 |
| Savings1 | $ 100.00 |

### Other Details

Memos

| | |
|---|---|
| Group Term Life | 4.14 |
| Max Elig/comp | 1,931.88 |

Pay Summary: **2021 - 20 - 1**   **DEF00348**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 5/3/2021 | **Pay Date** 5/21/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 5/16/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00200520 | **Worked In Dept** 500901 |

### Gross Pay — $ 1,965.60

| | | | |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 73.20 | $ 1,756.80 |
| Overtime | Rate: 36.0000 | Hours: 1.80 | $ 64.80 |
| SICK (field 3) | Rate: 24.0000 | Hours: 6.00 | $ 144.00 |

Total Hours Worked: 75

Basis of Pay: HOURLY

### Taxes — $ 438.30

| | | |
|---|---|---|
| Federal Income Tax | | $ 196.13 |
| Social Security | | $ 114.69 |
| Medicare | | $ 26.82 |
| State Worked In: New York | Code: NY | $ 90.62 |
| Family Leave Insurance | | $ 10.04 |

### Deductions — $ 183.37

| | |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 58.97 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

### Take Home — $ 1,343.93

| | |
|---|---|
| Checking1 | $ 1,243.93 |
| Savings1 | $ 100.00 |

### Other Details

Memos

| | |
|---|---|
| Group Term Life | 4.14 |
| Max Elig/comp | 1,965.60 |

Pay Summary: **2021 - 22 - 1**

**DEF00349**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 5/17/2021 | **Pay Date** 6/4/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 5/30/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00220524 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 2,138.08 |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 80.00 | $ 1,920.00 |
| Overtime | Rate: 36.0000 | Hours: 4.53 | $ 163.08 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |

Total Hours Worked: 84.53

Basis of Pay: HOURLY

| Taxes | | $ 479.77 |
|---|---|---|
| Federal Income Tax | | $ 221.20 |
| Social Security | | $ 121.98 |
| Medicare | | $ 28.53 |
| State Worked In: New York | Code: NY | $ 97.42 |
| Family Leave Insurance | | $ 10.64 |

| Deductions | $ 186.89 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 62.49 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,471.42 |
|---|---|
| Checking1 | $ 1,371.42 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Group Term Life | 4.14 |
|---|---|
| Max Elig/comp | 2,083.08 |

Pay Summary: **2021 - 24 - 1**                                                                                           **DEF00350**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 5/31/2021 | **Pay Date** 6/18/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 6/13/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00240545 | **Worked In Dept** 500901 |

| | |
|---|---:|
| **Gross Pay** | $ 1,526.76 |
| FRINGE (field 3) | $ 1,526.76 |
| Basis of Pay: HOURLY | |
| **Taxes** | $ 607.35 |
| Federal Income Tax | $ 335.89 |
| Social Security | $ 94.66 |
| Medicare | $ 22.13 |
| State Worked In: New York    Code: NY | $ 146.87 |
| Family Leave Insurance | $ 7.80 |
| **Deductions** | $ 919.41 |
| FRI - FRINGE | $ 919.41 |
| **Take Home** | $ 0.00 |

Pay Summary: **2021 - 24 - 1**   DEF00351

This summary is a record of a payment issued and not an image of the actual pay statement.

| Canandaigua Nat'l Ba | **Period Beginning Date** 5/31/2021 | **Pay Date** 6/18/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
|---|---|---|---|---|---|
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 6/13/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00240544 | **Worked In Dept** 500901 |

| Gross Pay | | | $ 1,981.20 |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 70.55 | $ 1,693.20 |
| Holiday (field 3) | Rate: 24.0000 | Hours: 8.00 | $ 192.00 |
| SICK (field 3) | Rate: 24.0000 | Hours: 4.00 | $ 96.00 |

Total Hours Worked: 70.55

Basis of Pay: HOURLY

| Taxes | | $ 443.80 |
|---|---|---|
| Federal Income Tax | | $ 199.46 |
| Social Security | | $ 115.65 |
| Medicare | | $ 27.05 |
| State Worked In: New York | Code: NY | $ 91.52 |
| Family Leave Insurance | | $ 10.12 |

| Deductions | $ 183.84 |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 59.44 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

| Take Home | $ 1,353.56 |
|---|---|
| Checking1 | $ 1,253.56 |
| Savings1 | $ 100.00 |

Other Details

Memos

| Group Term Life | 4.14 |
|---|---|
| Max Elig/comp | 1,981.20 |

Pay Summary: **2021 - 26 - 1**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEF00352**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 6/14/2021 | **Pay Date** 7/2/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 6/27/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00260528 | **Worked In Dept** 500901 |

**Gross Pay**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 2,260.48

| | | | |
|---|---|---|---:|
| Regular | Rate: 24.0000 | Hours: 80.00 | $ 1,920.00 |
| Overtime | Rate: 36.0000 | Hours: 5.53 | $ 199.08 |
| CELL ALLOWANCE (field 3) | | | $ 55.00 |
| Holiday (field 3) | Rate: 24.0000 | Hours: 3.60 | $ 86.40 |

Total Hours Worked: 85.53

Basis of Pay: HOURLY

**Taxes**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 522.98

| | | |
|---|---|---:|
| Federal Income Tax | | $ 247.32 |
| Social Security | | $ 129.57 |
| Medicare | | $ 30.31 |
| State Worked In: New York | Code: NY | $ 104.51 |
| Family Leave Insurance | | $ 11.27 |

**Deductions**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 190.56

| | |
|---|---:|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 66.16 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

**Take Home**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 1,546.94

| | |
|---|---:|
| Checking1 | $ 1,446.94 |
| Savings1 | $ 100.00 |

Other Details

Memos

| | |
|---|---:|
| Group Term Life | 4.14 |
| Max Elig/comp | 2,205.48 |

Pay Summary: **2021 - 28 - 1**   **DEF00353**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| Canandaigua Nat'l Ba | **Period Beginning Date** 6/28/2021 | **Pay Date** 7/16/2021 | **Co.** 1X6 | **Clock** | **Home Dept** 500901 |
| Jason A Wemes 100 State Rt 96 Geneva, NY 14456 | **Period Ending Date** 7/11/2021 | **WGPS Advance Pay Date** | **File #** 002464 | **Number** 00280532 | |

### Gross Pay — $ 3,834.48

| | | | |
|---|---|---|---|
| Regular | Rate: 24.0000 | Hours: 28.77 | $ 690.48 |
| Holiday (field 3) | Rate: 24.0000 | Hours: 8.00 | $ 192.00 |
| PERSONAL (field 3) | Rate: 24.0000 | Hours: 72.00 | $ 1,728.00 |
| VACATION (field 3) | Rate: 24.0000 | Hours: 51.00 | $ 1,224.00 |

Total Hours Worked: 28.77

Basis of Pay: HOURLY

### Taxes — $ 820.38

| | | |
|---|---|---|
| Federal Income Tax | | $ 368.56 |
| Social Security | | $ 231.07 |
| Medicare | | $ 54.04 |
| State Worked In: New York | Code: NY | $ 147.11 |
| Family Leave Insurance | | $ 19.60 |

### Deductions — $ 239.43

| | |
|---|---|
| DEN - DENTAL | $ 15.07 |
| GVL - GVL EE | $ 4.50 |
| HSA - HSA | $ 25.00 |
| KTR - Trad 401k | $ 115.03 |
| MED - HEALTH INS | $ 76.03 |
| VIS - VISON PLAN | $ 3.80 |

### Take Home — $ 2,774.67

| | |
|---|---|
| Checking1 | $ 2,674.67 |
| Savings1 | $ 100.00 |

### Other Details

Memos

| | |
|---|---|
| Group Term Life | 12.42 |
| Max Elig/comp | 3,834.48 |