# G. Silverman Declaration
# Exhibit 24

**Plaintiff has filed this exhibit conventionally under seal**