UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JASON WEMES,

                Plaintiff,

     v.

THE CANANDAIGUA NATIONAL BANK
& TRUST COMPANY,

                Defendant.

**NOTICE OF MOTION FOR LEAVE
TO FILE SURREPLY**

Case No.: 6:22-cv-06297

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| MOTION BY: | Plaintiff Jason Wemes |
| DATE AND TIME: | As determined by the Court. |
| RELIEF REQUESTED: | An Order granting Plaintiff leave to file the Surreply attached as Exhibit 1 to the Affirmation of Gregory L. Silverman dated July 25, 2025. |
| BASIS FOR RELIEF REQUESTED: | Local Rule 7(a)(6) |
| SUPPORTING PAPERS: | Affirmation of Gregory L. Silverman dated July 25, 2025 with Exhibit 1. |

Dated: July 25, 2025

**GREGORY L. SILVERMAN, ESQ., PLLC**

By:   <u>s/ Gregory L. Silverman</u>
      118 Genesee St.
      Geneva, NY  14456
      Tel: 585-648-0246
      greg@silverman-law.com
      Attorney for Plaintiff Jason Wemes