UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JASON WEMES,

                                   Plaintiff,

              v.

THE CANANDAIGUA NATIONAL BANK
& TRUST COMPANY,

                                   Defendant.

Case No.: 22-cv-06297 (MAV) (MWP)

## AFFIRMATION OF GREGORY L. SILVERMAN

I, Gregory L. Silverman, make this affirmation under the penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1.      I am counsel to Plaintiff Jason Wemes in this action. I make this affirmation based on my own personal knowledge, and based on review of documents relating to this case in support of Plaintiff's request for leave to file a Surreply in support of his Objection to Defendant's Motion for Summary Judgement.

2.      Plaintiff respectfully requests leave to file a five-page Surreply attached as **Exhibit 1** for the opportunity to respond to the new arguments Defendant advances in its Reply.

3.      Specifically, that: Visingard's new affidavit did indeed contradict his deposition testimony concerning Wemes' initial interaction with LE in the basement; the record does not require speculation to conclude LE only said Wemes was a suspect because of Ingalls' involvement; Wemes' testimony about overhearing Ingalls and Visingard discussing spending personal time outside of work is admissible; Wemes' affidavit submitted in support of his objection does not contradict his deposition testimony; Wemes indeed engaged in oppositional

1

conduct to Ingalls' homophobic comments; and the specific payroll documents CNB produced shows that it failed to pay all of Wemes' accrued, unused vacation time it agreed to pay.


Dated: July 25, 2025

_____
Gregory L. Silverman